IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS MICROCHIP, | No. C 02-01300 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| MEDIA REALITY TECHNOLOGIES, | |
| Defendant. / | |

Plaintiff's request for entry of its "Revised [Proposed] Order Granting Genesis Microchip [Delaware] Inc.'s Motion for Summary Judgment for Patent Infringement" (Docket No. 169) is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 7, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\1300\Order 7.wpd