**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENESIS MICROCHIP,

    Plaintiff,

    v.

MEDIA REALITY TECHNOLOGIES, et al.,

    Defendant.

No. C 02-01300 CRB

**ORDER**

On June 9, 2005, this Court signed a proposed "Stipulated Consent Judgment" dismissing defendant Trumpion from this action. See Docket No. 177. Due to inadvertence, the order included an instruction directing the clerk to "enter final judgment forthwith." See id. p.2. This instruction was erroneous, since the Court has not yet finally adjudicated plaintiffs claims with respect to defendant Media Reality Technologies ("MRT") or MRT's counterclaims. See Federal Rule of Civ. Proc. 54(b). Therefore, the portion of the "Stipulated Consent Judgment" stating that "The clerk is directed to enter final judgment

/ / /
/ / /
/ / /
/ / /
/ / /

1  forthwith," is hereby stricken from the Court's order.  <u>See</u> Federal Rule of Civ. Proc. 60(b).
2  All other portions of the order shall remain unchanged and in effect.
3      **IT IS SO ORDERED.**

6  Dated: June 13, 2005            /s/
                                   CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California