IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS MICROCHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIA REALITY TECHNOLOGIES et al.,<br><br>    Defendants._____/ | No. C 02-01300 CRB<br><br>**ORDER TO SHOW CAUSE RE COSTS** |

On September 8, 2005, the Court entered default judgment against defendant for patent infringement and found this case to be an exceptional case under 35 U.S.C. sections 284 and 285 warranting the payment of costs and attorneys' fees. The Court having received plaintiff's brief regarding attorneys' fees, costs and prejudgment interest, and the supporting declaration thereof, hereby ORDERS that plaintiff submit to the Court a Bill of Costs itemizing their expenses. Plaintiff shall separate their taxable costs from their non-taxable costs. See Local Rule 54-3. Any items that cannot be directly attributed to the litigation in this Court shall not be included. Plaintiff's shall file its Bill no later than Friday, October 14.

**IT IS SO ORDERED.**

Dated: October 12, 2005

                                             CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\1300\osccosts.wpd