IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS MICROCHIP,<br><br>    Plaintiff,<br><br>  v.<br><br>MEDIA REALITY TECHNOLOGIES et al.,<br><br>    Defendants.<br>_____/ | No. C 02-01300 CRB<br><br>**ORDER RE: ATTORNEYS' FEES<br>AND PREJUDGMENT INTEREST** |

On September 8, 2005, the Court entered default judgment against defendants for patent infringement and found this case to be an exceptional case under 35 U.S.C. § 285 warranting the payment of attorneys' fees and costs. Plaintiff's counsel failed to itemize its costs and subsequently waived its right to collect costs as part of the judgment. The Court having received plaintiff's brief regarding attorneys' fees and prejudgment interest, and the supporting declaration thereof, hereby ORDERS that plaintiff be awarded attorneys' fees in the amount of $1,064,273 and prejudgment interest pursuant to 28 U.S.C. § 1961 in the amount of $855,669.36.

**IT IS SO ORDERED.**

Dated: October 24, 2005

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28