HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
GARNER K. WENG - 191462
ALEXANDRA V. PERCY - 227251
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
gweng@hansonbridgett.com

Attorneys for Defendant
MEDIA REALITY TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENESIS MICROCHIP (DELAWARE) INC.<br><br>Plaintiff,<br><br>v.<br><br>MEDIA REALITY TECHNOLOGIES, INC., SMARTASIC, INC., and TRUMPION MICROELECTRONICS, INC.<br><br>Defendants. | No. C 02-01300 CRB<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MEDIA REALITY TECHNOLOGIES, INC.<br><br>Date: October 7, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

On October 7, 2005 (or on the date that the Court directed), Hanson, Bridgett, Marcus, Vlahos & Rudy's Motion to Withdraw as Counsel for defendant Media Reality Technologies, Inc., a California corporation ("MRT"), was considered by the Honorable Charles R. Breyer in Courtroom 8 of the United States District Court, Northern District of California located at 450 Golden Gate Avenue, 19th floor, San Francisco, CA 94102. Upon consideration of the motion and evidence and arguments before the court, and good cause appearing therefor,

///

///

[PROPOSED] ORDER                                                                                   1200186.1

1   **IT IS ORDERED** that Hanson, Bridgett, Bridgett, Marcus, Vlahos & Rudy's Motion to
2   Withdraw as Counsel for Defendant MRT is GRANTED.  In order to satisfy any obligations or
3   requirements to serve MRT with this Order, Hanson Bridgett shall serve a copy of this Order on
4   Defendant MRT at its last known business address.

6   DATED:  December 02  , 2005         HONORABLE CHARLES R. BREYER
7                                                              United States District Court Judge

*APPROVED — Judge Charles R. Breyer*